# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

NO. 03-22-00754-CV
NO. 03-23-00289-CV

---

**C. G. and L.G., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**FROM THE 146TH DISTRICT COURT OF BELL COUNTY
NO. 21DFAM327449, THE HONORABLE DALLAS SIMS, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellants C.G. (Mother) and L.G. (Father) each filed a notice of appeal from an associate judge's order terminating their parental rights to their child Z.G. (Daughter). The district court subsequently granted a de novo hearing on the matter, and Mother filed with this Court a motion to dismiss or, in the alternative, abate this appeal pending the outcome of the de novo hearing. Because both the clerk's record of the underlying proceedings and the reporter's record of the trial before the associate judge had already been filed in this appeal, we abated the appeal.

We have now received the district court's de novo decree of termination. We construe Mother's and Father's notices of appeal from the associate judge's order as prematurely filed notices of appeal from the de novo decree of termination, which we have filed separately under cause number 03-23-00289-CV. *See* Tex. R. App. P. 27.1(a). On this Court's own

motion, we consolidate for all purposes the appeal in cause number 03-22-00754-CV with the appeal in cause number 03-23-00289-CV. Accordingly, all records and documents filed in cause number 03-22-00754-CV are consolidated into cause number 03-23-00289-CV. The consolidated appeal shall proceed under cause number 03-23-00289-CV, and cause number 03-22-00754-CV is hereby dismissed for want of jurisdiction. *See In re A.G.D.M.*, 533 S.W.3d 546, 547 (Tex. App.—Amarillo 2017, no pet.); *Graham v. Graham*, 414 S.W.3d 800, 801-02 (Tex. App.—Houston [1st Dist.] 2013, no pet.); *see also Guyaux v. Walnut Springs Homeowners Ass'n, Inc.*, No. 03-20-00584-CV, 2021 WL 162503 (Tex. App.—Austin Jan. 5, 2021, no pet.) (mem. op.).

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Smith

03-22-00754-CV Dismissed

03-23-00289-CV Consolidated

Filed: May 26, 2023